NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: JOHN RISSIO, JOHN CAMERON,**
*Appellants*

---

2017-1090

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/672,385.

---

**JUDGMENT**

---

JAMES W. PROSCIA, Brooks Kushman PC, Southfield, MI, argued for appellants. Also represented by MARK A. CANTOR.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, AMY J. NELSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| December 19, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |